CV 06 6499

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC.,

Plaintiff,

-against-

(S.F.)

GRAYSTONE CONSTRUCTION CORP., LAKHVINDER SINGH, and "JOHN DOE #1" THROUGH "JOHN DOE #12", the last twelve names being fictitious and unknown to plaintiff, being persons having or claiming an interest in or lien upon the chattel described in the complaint,

Defendants.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
06 CV
★ DEC 07 2006 ★
LONG ISLAND OFFICE

**COMPLAINT**

FEUERSTEIN, S

WALL, M.J.

Plaintiff, Merrill Lynch Business Financial Services Inc., by its attorney, Spencer L. Schneider, complains of defendants as follows:

Parties

1. Merrill Lynch Business Financial Services Inc. ("MLBFS") is incorporated under the laws of the State of Delaware and has its principal place of business at 222 North LaSalle Street, Chicago, IL 60601.

2. Defendant Graystone Construction Corp. ("Graystone") is a New York corporation and has its principal place of business at 175 Great Neck Road, Suite 304, Great Neck, NY 11201.

3. Defendant Lakhvinder Singh is domiciled at 56 Nottingham Court, Manhasset Hills, NY 11040.

4. Upon information and belief, defendants "John Doe #1" through "John Doe #12", are fictitious and unknown to plaintiff, being persons having or claiming an interest in or lien upon the collateral described hereinafter.

Jurisdiction and Venue

5. Subject matter jurisdiction exists under 28 USC §1332 because there is complete diversity and the amount in controversy exceeds $75,000 exclusive of interest and costs.

6. Venue exists under 28 USC §1391 in this judicial district because defendants reside in this judicial district.

Claim

7. On January 10, 2003, defendant Graystone and plaintiff entered into a WCMA Loan and Security Agreement ("WCMA Note") and plaintiff granted Graystone a $1,500,000 commercial line of credit.

8. Under the WCMA Note, Graystone promised to repay to plaintiff all unpaid amounts of all monies lent by plaintiff to it, including interest, attorneys' fees and any late fees, and it waived presentment, demand for payment, protest, notice of protest, and notice of dishonor, notice of acceleration, notice of intent to accelerate and all other notices and formalities.

9. In order to induce plaintiff to grant the line of credit, on January 10, 2003, defendant Lakhvinder Singh gave plaintiff his absolute and unconditional guaranty ("Guaranty") of Graystone's indebtedness and he promised to repay the entire indebtedness to plaintiff upon a default of the WCMA Note. Defendant Singh is a principal of Graystone.

10. As further inducement to plaintiff for issuing the line of credit, Graystone granted plaintiff perfected security interests in all of its accounts, chattel paper, contract rights, inventory, equipment, fixtures, general intangibles, deposit accounts, documents, instruments, investment property and financial assets, wherever located, and all the proceeds (the "Collateral"). MLBFS holds a perfected security interest in the Collateral inasmuch as on June 26, 2003, it filed a UCC Financing Statement listing the Collateral with the New York Secretary of State. Upon information and belief,

the Collateral is located at defendant's place of business 175 Great Neck Road, Suite 304, Great Neck, NY 11201.

11. Defendant Graytsone defaulted under the WCMA Note, making the entire indebtedness due, but Graystone failed to repay it.

12. On August 24, 2005, plaintiff and defendant Graystone entered into a forbearance agreement whereby, among other things, Graystone acknowledged its default and agreed to repay the full indebtedness according to a monthly schedule.

13. Defendant Graystone, however, failed to honor the terms of the forbearance agreement, and the parties entered into an amended forbearance agreement on October 31, 2005 ("Amended Forbearance Agreement"), which provided for reduced monthly repayments.

14. Defendant Graystone, however, failed to make the required payments under the Amended Forbearance Agreement or provide the requisite financial reporting.

15. On October 17, 2006, plaintiff served Graystone with a demand for payment and financial reporting but Graystone failed to comply thereby triggering an event of default under the Amended Forbearance Agreement.

16. As a result of the event of default of the Amended Forbearance Agreement, the entire indebtedness is "immediately due and payable" under the Guaranty.

17. As of November 28, 2006, the indebtedness owed to plaintiff under the Amended Forbearance Agreement and Guaranty is $1,584,323.22, which includes interest due under the loan through such date, exclusive of further accrued interest and attorneys' fees.

## FIRST CAUSE OF ACTION

18. The allegations of paragraphs 1 through 17 above are incorporated herein as if set forth in full.

19. The indebtedness owed and guaranteed by the defendants is outstanding and due.

20. Defendants breached the Amended Forbearance Agreement and Guaranty by failing to timely repay the indebtedness.

21. Plaintiff has been damaged as a result of defendants' breaches in the amount of $1,584,323.22, plus additional interest, attorneys' fees and costs.

SECOND CAUSE OF ACTION

22. The allegations of paragraphs 1 through 21 above are incorporated herein as if set forth in full.

23. At all relevant times, plaintiff has been entitled to possession of the Collateral by virtue of the breach of the Amended Forbearance Agreement and the perfected security interests.

24. Defendants have wrongfully withheld the Collateral from the possession of the plaintiff.

25. Plaintiff has been damaged and is entitled to possession of the Collateral.

Demand for Relief

WHEREFORE, plaintiff demands, against defendants, damages in the amount of $1,584,323.22, plus interest, attorneys' fees accrued in collecting the debt and court costs, plus possession of the Collateral.

Dated: New York, New York
November 29, 2006

SPENCER L. SCHNEIDER (SS-2471)
Attorney for Plaintiff
70 Lafayette Street
New York, New York 10013
Tel: (212) 233-7400
Fax: (212) 233-9713
sschneider@slsatty.com