UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MERRILL LYNCH BUSINESS FINANCIAL SERVICES INC.,

Plaintiff,

-against-

GRAYSTONE CONSTRUCTION CORP., LAKHVINDER SINGH, and "JOHN DOE #1" THROUGH "JOHN DOE #12", the last twelve names being fictitious and unknown to plaintiff, being persons having or claiming an interest in or lien upon the chattel described in the complaint,

Defendants.

06 CV 6499 (SF)

**JUDGMENT**

Plaintiff, Merrill Lynch Business Financial Services Inc. ("MLBFS"), residing at 222 N. LaSalle Street, Chicago, Illinois 60601, by its attorney, Spencer L. Schneider, Esq., having applied for judgment against defendant Lakhvinder Singh, residing at 56 Nottingham Court, Manhasset Hills, New York 11040, based on the letter settlement agreement, dated November 26, 2007, between MLBFS and defendants Graystone Construction Corp. and Lakhvinder Singh (the "Agreement"), which was incorporated in a stipulation so ordered by the Court on November 27, 2007 (Docket No. 48), and MLBFS having established defendant's default and its entitlement to judgment according to the terms of the Agreement, it is hereby

**ADJUDGED** that Merrill Lynch Business Financial Services Inc., the plaintiff, does recover of defendant Lakhvinder Singh, the sum of $1,089,984.03, plus interest accrued hereinafter and that plaintiff have execution therefor.

Dated: Central Islip, New York
May ~~1~~ 13, 2009

U.S.D.J.